UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JESSICA BENSLEY,<br><br>      Plaintiff,<br><br>vs.<br><br>PAUL PATE, Iowa Secretary of State, and JAMIE FITZGERALD, Polk County Auditor,<br><br>      Defendants. | Case No. 4:20-cv-00329-JAJ-HCA<br><br><br>**JAMIE FITZGERALD'S PRE-ANSWER MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |

**COMES NOW** Polk County Auditor Jamie Fitzgerald, and for his Pre-Answer Motion to Dismiss and Request for Judicial Notice, states as follows:

1. Plaintiff Jessica Bensley filed a Complaint and Jury Demand under 42 U.S.C. section 1983 against Secretary of State Paul Pate and Polk County Auditor Jamie Fitzgerald. Plaintiff alleged that her Fourth and Fourteenth Amendment rights were violated when her 2018 General Election provisional ballot was rejected.

2. The Complaint fails to present a justiciable cause of action against Auditor Fitzgerald.

3. Auditor Fitzgerald moves to dismiss the Complaint and Jury Demand under Federal Rule of Civil Procedure 12(b)(1)(6) as Ms. Bensley fails to state a claim upon which relief can be granted under 42 U.S. section 1983.

4. Auditor Fitzgerald further requests this Court take judicial notice of Provisional Ballot Form, Rejected Provisional Ballot Notification, and Plaintiff's Voter File pursuant to Federal Rule of Evidence 201.  These documents are attached as Exhibits 1, 2, and 3.

5. Pursuant to Local Rule 7(d), a brief in support of this motion has been filed contemporaneously herewith.

**WHEREFORE** Defendant Polk County Auditor Jamie Fitzgerald respectfully requests that this Court grant his Motion to Dismiss and any other relief deemed appropriate under the circumstances.

Respectfully Submitted,

JOHN P. SARCONE
POLK COUNTY ATTORNEY

*/s/ Meghan L. Gavin*
Meghan L. Gavin    AT0008949
Assistant Polk County Attorney
111 Court Avenue, Ste. 340
Des Moines, IA 50309
Telephone:  515-286-3341
Fax:  515-286-3314
Meghan.Gavin@polkcountyiowa.gov

ATTORNEY FOR POLK COUNTY AUDITOR
JAMIE FITZGERALD

# Provisional Ballot Envelope

## Reason for Provisional Ballot
*To be completed by Precinct Official*

Precinct: _____

Election Date: _____/_____/_____

Reason for Provisional Ballot (check all that apply):

☐ Voter did not have proper identification

☐ Voter did not have proper proof of residence

☐ Absentee voter with no ballot to surrender

☐ Voter was challenged by another registered voter
(attach the signed challenge to this envelope)

☐ Election Day Registrant in non-pollbook precinct

_____
Precinct Election Official's Signature         Date

## Affidavit of Provisional Voter
*To be completed by Voter*

Print Name: _____

Address: _____

Date of birth: _____/_____/_____

Phone (optional): _____

I do solemnly swear or affirm all of these things. I am a United States citizen, at least 18 years of age. I believe that I am a registered voter of this county and/or eligible to vote in this election. I have not voted and will not vote in any other precinct in this election. If my current voter registration record indicates another party affiliation or no party affiliation, I swear or affirm that I have in good faith changed my previously declared party affiliation, or declared my party affiliation, and now desire to be a member of the party indicated herein. I understand that any false statement in this declaration is a criminal offense punishable as provided by law.

_____
Voter's Signature         Date

---

To be completed by:
Complete voter registration form. Mark ballot & seal in envelope. Return completed ballot in envelope to Precinct Official.

### STATE OF IOWA OFFICIAL VOTER REGISTRATION FORM
*Revised 10/02/2020*

In Iowa, you are not qualified to vote following a felony conviction until your right to vote is restored by the Governor. To learn more about voting after a felony conviction visit RestoreYourVote.iowa.gov.

**Qualifications**
1. Are you a citizen of the United States?  ☐ Yes  ☐ No
2. Will you be 18 years of age on or before Election Day?  ☐ Yes  ☐ No

If you answered No to either of these questions, do not complete this form.

**ID Number**
*Provide your Iowa driver's license, non-operator ID number, or the last 4 digits of your Social Security number if you have one.*

☐ IA driver's license #: ___ ___ ___ ___ ___ ___ ___ ___ ___

☐ IA non-operator ID #: ___ ___ ___ ___ ___ ___ ___ ___ ___

☐ Last 4 digits of Social Security number:  XXX – XX – ___ ___ ___ ___

☐ I do not have an IA driver's license, non-operator ID, or Social Security number.

**Additional Information**
*Date of birth and sex are required.*

Date of Birth (month, day, year) ___/___/___

Sex   ☐ Male   ☐ Female

Phone and/or Email (optional)

**Your Name**
Last _____
First _____
Middle _____   Suffix _____

**Address Where You Live**
Street Address (include apt., lot, etc.)
City _____  Zip _____  County _____

If homeless or you do not have an established residence, describe where you reside:

**Where You Receive Mail** (if different)
Address/P.O. Box
City _____  State _____  Zip _____

**Previous Voter Registration Information**
Your name was
Your address was
Your city and state were   Your zip was

**Political Affiliation** (check only one)
Political Parties:  ☐ Democratic  ☐ Republican  ☐ No Party
Non-Party Political Organizations:  ☐ Green  ☐ Libertarian

**WARNING**
If you sign this form and you know the information is not true, you may be convicted of perjury and fined up to $7,500 and/or jailed for up to 5 years.

**Registrant Affidavit**
I swear or affirm under penalty of perjury that:
- I am the person named above.
- I am a citizen of the United States.
- I have never been convicted of a felony **OR** my right to vote has been restored by the Governor, including through Executive Order, after a felony conviction.
- I am at least 17 years old.
- I live at the address listed above.
- I am not currently judged by a court to be "incompetent to vote."
- I do not claim the right to vote anywhere else.

Signature _____   Date _____

**Prepared by Iowa Secretary of State's Office**  *Revised 10/2/2020*

---

# Statement to Person Casting a Provisional Ballot
*(To be completed by Precinct Official and given to Voter)*

Voter's Name: _____

**Reason for Provisional Ballot** (check all that apply):

☐ Voter did not have proper identification
(see "What you need to provide" below)

☐ Voter did not have proper proof of residence

☐ Absentee voter with no ballot to surrender

☐ Voter was challenged by another registered voter
Reason: _____

☐ Election Day Registrant in non-pollbook precinct

**What you need to provide before your ballot will count:**

☐ Photo ID that has not expired and contains your name and picture

☐ One of the following that has not expired: Iowa driver's license, out-of-state driver's license, non-driver ID, U.S. passport, U.S. military ID, employer ID card, student ID issued by Iowa high school or college, or veterans ID card

☐ One of the following showing your name and current address: bank statement, paycheck, utility bill, property tax statement, residential lease, government check, or other government document.

☐ No other documents necessary

Deadline: _____ a.m./p.m., _____ (date)

Mail or Deliver Evidence to: _____, County Auditor

County Auditor Address: _____

_____

If proof of ID or residence is required, your provisional ballot may be counted if you bring a copy of the identification listed above to this precinct before the polls close today or to the county auditor at the above address by the above deadline. If your ballot is not counted, you will be notified by mail of the reason why it was not counted.

Your right to vote will be reviewed by the Special Precinct Board. You have the right and are encouraged to make a written statement and submit additional written evidence to the Board supporting your qualifications as a registered voter.

_____
Precinct Election Official's Signature         Date

**EXHIBIT 1**

**Rejected Provisional Ballot**

Date:

Dear

This letter is to notify you that the provisional ballot you cast at the election held on \_\_\_\_/\_\_\_\_/\_\_\_\_ has been rejected for the following reason(s):

☐  We asked for, but did not receive, a copy of your identification.

☐  You already voted in this election either at the polls or by absentee ballot.

☐  You do not meet all of the qualifications to be registered to vote.

☐  You were not registered to vote in the precinct where the provisional ballot was cast on Election Day.

☐  Other:

If you have questions, please call the county auditor's office at

Sincerely,


County Auditor and Commissioner of Elections



Initials of member of absentee ballot and special voters precinct board: _____

**EXHIBIT 2**

| County: Polk | Voter Profile Report | Date : 12/16/2020 |
|---|---|---|
| | Voter ID : ▮▮▮▮▮ | |

## Voter Information

| **Voter ID** | **Last Name** | **First Name** | **Middle Name** | **Suffix** | **DOB** |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | BENSLEY | JESSICA | DAWN | | ▮▮▮▮▮ |

## Registration Information

| **Party** | Democrat | **Status** | Active | **Reasons** | |
|---|---|---|---|---|---|
| **Last Voted Date** | 11/03/2020 | **Original Reg. Date** | 08/26/2009 | **Effective Registration Date** | 12/04/2018 |

## Miscellaneous Information

| **Language** | | **Gender** | Female | **Assistance** | |
|---|---|---|---|---|---|
| **Comments** | Former Felon-Rights restored, Per Sec Of State. | | | | |

**Residence Address**   ▮▮▮▮▮

**Mailing Address**

### Absentee Addresses

| **Absentee Type** | **Address** |
|---|---|
| Election Specific | |
| Election Specific | |
| Election Specific | |

| **Petitions Number** | **Petition Title** | **Valid Signatures** |
|---|---|---|

### Move History

| **Effective Date** | **Residence Address** |
|---|---|
| 11/14/2012 | ▮▮▮▮▮ |
| 01/17/2014 | ▮▮▮▮▮ |
| 05/08/2017 | ▮▮▮▮▮ |

**EXHIBIT 3**

| County: Polk | Voter Profile Report | Date : 12/16/2020 |
|---|---|---|
| | Voter ID : ██████ | |

### Alternate Names

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|

### Voting Histories

| Date | Election Description | Election Participated |
|---|---|---|
| 11/03/2020 | POLK COUNTY GENERAL ELECTION | VOTED |
| 06/02/2020 | Polk County Primary Election | VOTED |
| 11/05/2019 | POLK COUNTY CITY & SCHOOL ELECTION | VOTED |
| 03/05/2019 | Local Option Sales Tax Special Election | VOTED |
| 11/08/2016 | Polk County General Election | VOTED |

### Custom Information

### Contact Information

Home Phone   ██████

### Audit Log

| User Name | Modified Date | Effective Date | Description | Old Value | New Value |
|---|---|---|---|---|---|
| szenti | 08/24/2020 | 12/04/2018 | New Absentee Request | | New Absentee Request |
| jfitzgerald | 05/05/2020 | 01/01/0001 | Correspondence Notice | | Voter Registration Acknowledgement |
| jfitzgerald | 05/04/2020 | 12/04/2018 | New Absentee Request | | New Absentee Request |
| jfitzgerald | 05/04/2020 | 01/01/0001 | Correspondence Notice | | Voter Registration Card Requested |
| jfitzgerald | 05/04/2020 | 12/04/2018 | Transaction Source | State Registrar of Voters | Mail-in Registration |
| jfitzgerald | 05/04/2020 | 12/04/2018 | Political Party | No Party | Democrat |
| mhammer | 12/06/2019 | 01/01/0001 | Correspondence Notice | | Registration Cancellation Notification |
| mhammer | 12/06/2019 | 01/01/0001 | Correspondence Notice | | Registration Cancellation Notification |
| jchiodo | 09/16/2019 | 09/16/2019 | Split | | |
| zpaletta | 02/15/2019 | 12/04/2018 | New Absentee Request | | New Absentee Request |
| rmoody | 12/05/2018 | 01/01/0001 | Correspondence Notice | | Voter Registration Acknowledgement |
| rmoody | 12/04/2018 | 12/04/2018 | Voter Status | Cancelled | Active |
| rmoody | 12/04/2018 | 01/01/0001 | Correspondence Notice | | Voter Registration Card Requested |
| rmoody | 12/04/2018 | 12/04/2018 | Effective Date | 11/14/2012 | 12/04/2018 |
| rmoody | 12/04/2018 | 12/04/2018 | Voter Status Reason | Convicted Felon | |

| County: Polk | | | Voter Profile Report | | Date : 12/16/2020 |
|---|---|---|---|---|---|
| | | | Voter ID : ▓▓▓▓▓ | | |
| ssteeve | 09/21/2017 | 01/01/0001 | Correspondence Notice | | Registration Cancellation Notification |
| ssteeve | 08/01/2017 | 11/14/2012 | Voter Status | Active | Cancelled |
| ssteeve | 08/01/2017 | 11/14/2012 | Voter Status Reason | | Convicted Felon |
| ssteeve | 08/01/2017 | 11/14/2012 | Transaction Source | Department of Transportation | State Registrar of Voters |
| ssteeve | 08/01/2017 | 01/01/0001 | Correspondence Notice | | Registration Cancellation Notification |
| mamadeo | 05/08/2017 | 01/01/0001 | Correspondence Notice | | Voter Registration Card |
| mamadeo | 05/08/2017 | 01/01/0001 | Correspondence Notice | | Voter Registration Card Requested |
| mamadeo | 05/08/2017 | 11/14/2012 | Political Party | Democrat | No Party |
| mamadeo | 05/08/2017 | 11/14/2012 | Split | 075.0 | 003.0 |
| mamadeo | 05/08/2017 | 11/14/2012 | Residential Address | Std: ▓▓▓▓▓ | Std: ▓▓▓▓▓ |
| mamadeo | 05/08/2017 | 11/14/2012 | District | Des Moines 075 | Des Moines 003 |
| mamadeo | 05/08/2017 | 11/14/2012 | Transaction Source | NCOA | Department of Transportation |
| jchiodo | 02/11/2014 | 01/01/0001 | Correspondence Notice | | Voter Registration Card |
| jchiodo | 02/11/2014 | 02/11/2014 | Correspondence Notice | | Voter Registration Card Requested |
| mamadeo | 01/17/2014 | 01/17/2014 | Notification | | |
| mamadeo | 01/17/2014 | 11/14/2012 | Transaction Source | Election Day | NCOA |
| mamadeo | 01/17/2014 | 11/14/2012 | Residential Address | Std: ▓▓▓▓▓, | Std: ▓▓▓▓▓ |
| mamadeo | 01/17/2014 | 11/14/2012 | Split | 078.0 | 075.0 |
| mamadeo | 01/17/2014 | 11/14/2012 | District | Des Moines 078 | Des Moines 075 |
| hbouten | 11/26/2012 | 01/01/0001 | Correspondence Notice | | Printed/Extracted. |
| hbouten | 11/26/2012 | 01/01/0001 | Correspondence Notice | | Printed/Extracted. |
| hbouten | 11/14/2012 | 11/14/2012 | Residential Address | Std: ▓▓▓▓▓, | Std: ▓▓▓▓▓ |
| hbouten | 11/14/2012 | 11/14/2012 | Voter Status Reason | Inactive to Cancelled | |
| hbouten | 11/14/2012 | 11/14/2012 | District | Des Moines 018 | Des Moines 078 |
| hbouten | 11/14/2012 | 11/14/2012 | Effective Date | 08/26/2009 | 11/14/2012 |
| hbouten | 11/14/2012 | 01/01/0001 | Correspondence Notice | | Voter Registration Card Requested |
| hbouten | 11/14/2012 | 11/14/2012 | Source of Update | Duplicate Registration Received | Administrative |
| hbouten | 11/14/2012 | 11/14/2012 | Transaction Source | Administrative Action | Election Day |
| hbouten | 11/14/2012 | 11/14/2012 | Voter Status | Cancelled | Active |
| hbouten | 11/14/2012 | 11/14/2012 | Split | 018.0 | 078.0 |

| County: Polk | | | Voter Profile Report | | Date: 12/16/2020 |
|---|---|---|---|---|---|
| | | | Voter ID : ▮▮▮▮ | | |
| hbouten | 11/14/2012 | 11/14/2012 | Election Day Registration | | 11/6/2012 |
| jchiodo | 03/05/2012 | 03/05/2012 | Split | Districts Added: 750000511 | |
| jchiodo | 01/23/2012 | 01/23/2012 | Split | Districts Added: 6403 | |
| mscione | 12/29/2011 | 12/29/2011 | Split | 040.0 | 018.0 |
| mscione | 12/29/2011 | 12/29/2011 | District | DM 040 | DM 018 |
| jchiodo | 12/19/2011 | 12/19/2011 | Split | Districts Added: 6404, 6398, 100000153, 100000073 | |
| rmoody | 01/08/2010 | 01/01/0001 | Correspondence Notice | | No Activity in 4 Years |
| rmoody | 01/08/2010 | 08/26/2009 | Voter Status Reason | Returned Mail | Inactive to Cancelled |
| rmoody | 01/08/2010 | 08/26/2009 | Transaction Source | Returned Mail | Administrative Action |
| rmoody | 01/08/2010 | 08/26/2009 | Voter Status | Inactive | Cancelled |
| rmoody | 01/08/2010 | 01/01/0001 | Correspondence Notice | | No Activity in 4 Years Requested |
| jburke | 09/14/2009 | 08/26/2009 | Source of Update | | Duplicate Registration Received |
| jburke | 09/14/2009 | 08/26/2009 | Transaction Source | In-Office / Registration Drive | Returned Mail |
| jburke | 09/14/2009 | 08/26/2009 | Voter Status | Active | Inactive |
| jburke | 09/14/2009 | 08/26/2009 | Voter Status Reason | | Returned Mail |
| balthaus | 08/31/2009 | 08/31/2009 | Correspondence Notice | | Printed/Extracted. |
| balthaus | 08/26/2009 | 08/26/2009 | New Voter Record | | New voter record created |
| balthaus | 08/26/2009 | 08/26/2009 | Correspondence Notice | | Voter Registration Card Requested |