# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JESSICA BENSLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL PATE, Iowa Secretary of State, and JAMIE FITZGERALD, Polk County Auditor,<br><br>    Defendants. | Case No. 4:20-cv-00329-JAJ-HCA<br><br>**PAUL PATE'S PRE-ANSWER MOTION TO DISMISS AND REQUEST TO TAKE JUDICIAL NOTICE** |

COMES NOW Defendant Paul Pate in his individual capacity and as Iowa Secretary of State moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Jessica Bensley's complaint for failure to state a claim upon which relief may be granted:

1. Plaintiff brings this 42 U.S.C. § 1983 action and alleges that Defendant Pate violated her right to vote in the 2018 General Election.

2. This court has subject matter jurisdiction pursuant to 28 U.S.C. §1331.

3. Defendant took no action under color of state law as required for § 1983 liability.

4. Plaintiff has not stated a claim upon which relief may be granted, and the Court should dismiss the complaint. Fed. R. Civ. P. 12(b)(6).

5. Alternatively, Defendant's actions were not violations of constitutional law. Defendant thus has qualified immunity and the court should dismiss the claims against him in his individual capacity. *Morgan v. Robinson*, 920 F.3d 521, 523 (8th Cir. 2019).

6. The Court should dismiss the claims for damages against the Defendant in his official capacity because the Defendant has sovereign immunity. *Klingler v. Dir., Dep't of Revenue*, 281 F.3d 776, 777 (8th Cir. 2002).

7. The reasons supporting the motion are set forth in detail in the brief supporting the motion.

Accordingly, Defendant Paul Pate respectfully requests that the Court dismiss Plaintiff's complaint for failing to state any claim upon which relief may be granted. Alternatively, Defendant requests that the Court dismiss him from this action in his individual capacity and dismiss Plaintiff's claims against him for damages in his official capacity.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General
Department of Justice-Special Litigation
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 281-4902
jeffrey.thompson@ag.iowa.gov
ATTORNEY FOR DEFENDANT PATE

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 28, 2020:

☐ U.S. Mail                ☐ FAX
☐ Hand Delivery            ☐ Overnight Courier
☐ Federal Express          ☐ Other
☒ CM/ECF

Signature: */s/ Audra Drish*