| County: Polk | Voter Profile Report | Date : 12/16/2020 |
|---|---|---|
| | Voter ID : ▉▉▉▉▉▉▉ | |

## Voter Information

| Voter ID | Last Name | First Name | Middle Name | Suffix | DOB |
|---|---|---|---|---|---|
| ▉▉▉▉▉ | BENSLEY | JESSICA | DAWN | | ▉▉▉▉▉ |

## Registration Information

| Party | Democrat | Status | Active | Reasons | |
|---|---|---|---|---|---|
| Last Voted Date | 11/03/2020 | Original Reg. Date | 08/26/2009 | Effective Registration Date | 12/04/2018 |

## Miscellaneous Information

| Language | | Gender | Female | Assistance | |
|---|---|---|---|---|---|

**Comments**   Former Felon-Rights restored, Per Sec Of State.

**Residence Address**   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Mailing Address**

## Absentee Addresses

| Absentee Type | Address |
|---|---|
| Election Specific | |
| Election Specific | |
| Election Specific | |

| Petitions Number | Petition Title | Valid Signatures |
|---|---|---|

## Move History

| Effective Date | Residence Address |
|---|---|
| 11/14/2012 | ▉▉▉▉▉▉▉▉▉▉ |
| 01/17/2014 | ▉▉▉▉▉▉▉▉▉▉ |
| 05/08/2017 | ▉▉▉▉▉▉▉▉▉▉ |

| County: Polk | Voter Profile Report | Date : 12/16/2020 |
|---|---|---|
| | Voter ID : ▮▮▮▮▮ | |

**Alternate Names**

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|

**Voting Histories**

| Date | Election Description | Election Participated |
|---|---|---|
| 11/03/2020 | POLK COUNTY GENERAL ELECTION | VOTED |
| 06/02/2020 | Polk County Primary Election | VOTED |
| 11/05/2019 | POLK COUNTY CITY & SCHOOL ELECTION | VOTED |
| 03/05/2019 | Local Option Sales Tax Special Election | VOTED |
| 11/08/2016 | Polk County General Election | VOTED |

**Custom Information**

**Contact Information**

Home Phone   515-554-0888

**Audit Log**

| User Name | Modified Date | Effective Date | Description | Old Value | New Value |
|---|---|---|---|---|---|
| szenti | 08/24/2020 | 12/04/2018 | New Absentee Request | | New Absentee Request |
| jfitzgerald | 05/05/2020 | 01/01/0001 | Correspondence Notice | | Voter Registration Acknowledgement |
| jfitzgerald | 05/04/2020 | 12/04/2018 | New Absentee Request | | New Absentee Request |
| jfitzgerald | 05/04/2020 | 01/01/0001 | Correspondence Notice | | Voter Registration Card Requested |
| jfitzgerald | 05/04/2020 | 12/04/2018 | Transaction Source | State Registrar of Voters | Mail-in Registration |
| jfitzgerald | 05/04/2020 | 12/04/2018 | Political Party | No Party | Democrat |
| mhammer | 12/06/2019 | 01/01/0001 | Correspondence Notice | | Registration Cancellation Notification |
| mhammer | 12/06/2019 | 01/01/0001 | Correspondence Notice | | Registration Cancellation Notification |
| jchiodo | 09/16/2019 | 09/16/2019 | Split | | |
| zpaletta | 02/15/2019 | 12/04/2018 | New Absentee Request | | New Absentee Request |
| rmoody | 12/05/2018 | 01/01/0001 | Correspondence Notice | | Voter Registration Acknowledgement |
| rmoody | 12/04/2018 | 12/04/2018 | Voter Status | Cancelled | Active |
| rmoody | 12/04/2018 | 01/01/0001 | Correspondence Notice | | Voter Registration Card Requested |
| rmoody | 12/04/2018 | 12/04/2018 | Effective Date | 11/14/2012 | 12/04/2018 |
| rmoody | 12/04/2018 | 12/04/2018 | Voter Status Reason | Convicted Felon | |

| County: Polk | | | Voter Profile Report | | | Date : 12/16/2020 |
|---|---|---|---|---|---|---|
| | | | Voter ID : ▓▓▓▓▓▓ | | | |
| ssteeve | 09/21/2017 | 01/01/0001 | Correspondence Notice | | | Registration Cancellation Notification |
| ssteeve | 08/01/2017 | 11/14/2012 | Voter Status | Active | | Cancelled |
| ssteeve | 08/01/2017 | 11/14/2012 | Voter Status Reason | | | Convicted Felon |
| ssteeve | 08/01/2017 | 11/14/2012 | Transaction Source | Department of Transportation | | State Registrar of Voters |
| ssteeve | 08/01/2017 | 01/01/0001 | Correspondence Notice | | | Registration Cancellation Notification |
| mamadeo | 05/08/2017 | 01/01/0001 | Correspondence Notice | | | Voter Registration Card |
| mamadeo | 05/08/2017 | 01/01/0001 | Correspondence Notice | | | Voter Registration Card Requested |
| mamadeo | 05/08/2017 | 11/14/2012 | Political Party | Democrat | | No Party |
| mamadeo | 05/08/2017 | 11/14/2012 | Split | 075.0 | | 003.0 |
| mamadeo | 05/08/2017 | 11/14/2012 | Residential Address | Std: ▓▓▓▓▓▓ | | Std: ▓▓▓▓▓▓ |
| mamadeo | 05/08/2017 | 11/14/2012 | District | Des Moines 075 | | Des Moines 003 |
| mamadeo | 05/08/2017 | 11/14/2012 | Transaction Source | NCOA | | Department of Transportation |
| jchiodo | 02/11/2014 | 01/01/0001 | Correspondence Notice | | | Voter Registration Card |
| jchiodo | 02/11/2014 | 02/11/2014 | Correspondence Notice | | | Voter Registration Card Requested |
| mamadeo | 01/17/2014 | 01/17/2014 | Notification | | | |
| mamadeo | 01/17/2014 | 11/14/2012 | Transaction Source | Election Day | | NCOA |
| mamadeo | 01/17/2014 | 11/14/2012 | Residential Address | Std: ▓▓▓▓▓▓ | | Std: ▓▓▓▓▓▓ |
| mamadeo | 01/17/2014 | 11/14/2012 | Split | 078.0 | | 075.0 |
| mamadeo | 01/17/2014 | 11/14/2012 | District | Des Moines 078 | | Des Moines 075 |
| hbouten | 11/26/2012 | 01/01/0001 | Correspondence Notice | | | Printed/Extracted. |
| hbouten | 11/26/2012 | 01/01/0001 | Correspondence Notice | | | Printed/Extracted. |
| hbouten | 11/14/2012 | 11/14/2012 | Residential Address | Std: ▓▓▓▓▓▓ | | Std: ▓▓▓▓▓▓ |
| hbouten | 11/14/2012 | 11/14/2012 | Voter Status Reason | Inactive to Cancelled | | |
| hbouten | 11/14/2012 | 11/14/2012 | District | Des Moines 018 | | Des Moines 078 |
| hbouten | 11/14/2012 | 11/14/2012 | Effective Date | 08/26/2009 | | 11/14/2012 |
| hbouten | 11/14/2012 | 01/01/0001 | Correspondence Notice | | | Voter Registration Card Requested |
| hbouten | 11/14/2012 | 11/14/2012 | Source of Update | Duplicate Registration Received | | Administrative |
| hbouten | 11/14/2012 | 11/14/2012 | Transaction Source | Administrative Action | | Election Day |
| hbouten | 11/14/2012 | 11/14/2012 | Voter Status | Cancelled | | Active |
| hbouten | 11/14/2012 | 11/14/2012 | Split | 018.0 | | 078.0 |

| County: Polk | | | Voter Profile Report | | Date : 12/16/2020 |
|---|---|---|---|---|---|
| | | | Voter ID : | | |
| hbouten | 11/14/2012 | 11/14/2012 | Election Day Registration | | 11/6/2012 |
| jchiodo | 03/05/2012 | 03/05/2012 | Split | Districts Added: 750000511 | |
| jchiodo | 01/23/2012 | 01/23/2012 | Split | Districts Added: 6403 | |
| mscione | 12/29/2011 | 12/29/2011 | Split | 040.0 | 018.0 |
| mscione | 12/29/2011 | 12/29/2011 | District | DM 040 | DM 018 |
| jchiodo | 12/19/2011 | 12/19/2011 | Split | Districts Added: 6404, 6398, 100000153, 100000073 | |
| rmoody | 01/08/2010 | 01/01/0001 | Correspondence Notice | | No Activity in 4 Years |
| rmoody | 01/08/2010 | 08/26/2009 | Voter Status Reason | Returned Mail | Inactive to Cancelled |
| rmoody | 01/08/2010 | 08/26/2009 | Transaction Source | Returned Mail | Administrative Action |
| rmoody | 01/08/2010 | 08/26/2009 | Voter Status | Inactive | Cancelled |
| rmoody | 01/08/2010 | 01/01/0001 | Correspondence Notice | | No Activity in 4 Years Requested |
| jburke | 09/14/2009 | 08/26/2009 | Source of Update | | Duplicate Registration Received |
| jburke | 09/14/2009 | 08/26/2009 | Transaction Source | In-Office / Registration Drive | Returned Mail |
| jburke | 09/14/2009 | 08/26/2009 | Voter Status | Active | Inactive |
| jburke | 09/14/2009 | 08/26/2009 | Voter Status Reason | | Returned Mail |
| balthaus | 08/31/2009 | 08/31/2009 | Correspondence Notice | | Printed/Extracted. |
| balthaus | 08/26/2009 | 08/26/2009 | New Voter Record | | New voter record created |
| balthaus | 08/26/2009 | 08/26/2009 | Correspondence Notice | | Voter Registration Card Requested |